ZENITH RADIO CORP. OF NEW YORK v.
MACK PROPERTIES CO.

January 31, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. GLENN R. PONTIER.

January 31, 1978. Petition for certification denied.

THE NORTH JERSEY SUBURBANITE CO., INC., v. STATE OF
NEW JERSEY AND NEW JERSEY PRESS ASSOCIATION.

January 31, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. COLEMAN R. BROWN.

January 31, 1978. Petition for certification denied.

NANCY BARRIE v. RICHARD BARRIE.

January 31, 1978. Petition for certification denied. (See 154 *N. J. Super.* 301)

STATE OF NEW JERSEY v. JOSEPH A. ZICARELLI.

January 31, 1978. Petition for certification denied.